UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FAUSTINO CHIPRES TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 23-cv-03494-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 41 |

Plaintiff Jose Faustino Chipres Torres sues Defendants Marin County and Marin County Sheriff ("Marin Defendants") for a mistaken identity arrest. Pending before the Court is Defendants' motion to dismiss. Docket No. 41. The Marin Defendants filed their motion to dismiss on March 14, 2024. *Id.* Responses were due by March 28, 2024. *Id.* Although Plaintiff filed an opposition to the Alameda defendants' motion, he did not file an opposition to the Marin Defendants.

The deadline to file an opposition to the motion to dismiss has passed. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, why the Court should not grant the Marin Defendants' motion to dismiss for failure to prosecute and/or comply with the court order and Civil Local Rule 7-3(a) (requiring the opposition be filed and served no more than 14 days after the motion was filed).

Plaintiff has until May 31, 2024 to file an opposition to the motion to dismiss or else risk the Court granting the Marin Defendants' motion to dismiss.

The Marin Defendants' motion hearing on May 30, 2024 is continued pending resolution of this order to show cause. The motion hearing for Defendants Alameda County and Alameda County Sheriff on May 30, 2024 will remain on calendar.

**IT IS SO ORDERED**.

Dated: May 27, 2024

_____
EDWARD M. CHEN
United States District Judge